Michaela C. Crocker, SBT # 24031985
**VINSON & ELKINS LLP**
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
Telephone: (214) 220-7700
Facsimile: (214) 220-7716

**ATTORNEY FOR**
**SP III 909 LAKE CAROLYN PARKWAY, L.P.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 10-36464-bjh-11** |
| | § | **(Chapter 11)** |
| **DORTHIA, INC.** | § | |
| | § | |
| **DEBTOR** | § | |
| | § | |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE AND NOTICE

**PLEASE TAKE NOTICE** that SP III 909 Lake Carolyn Parkway, L.P., by and through its

counsel of record, Michaela C. Crocker of Vinson & Elkins LLP, hereby files this *Notice of*

*Appearance and Request for Service and Notice* pursuant to Rule 9010(b) of the Federal Rules of

Bankruptcy Procedure, and requests that all notices given or required to be given in this case be

given to and served upon counsel for SP III 909 Lake Carolyn Parkway at the following address,

telephone, facsimile, and email:

> **VINSON & ELKINS LLP**
> Michaela C. Crocker
> 2001 Ross Avenue, Suite 3700
> Dallas, Texas 75201-2975
> Telephone: 214.220.7787
> Facsimile: 214.999.7787
> mcrocker@velaw.com

**PLEASE TAKE FURTHER NOTICE** that this request also includes orders, notices,

applications, motions, pleadings, or reply papers, made by the plaintiff or any third party in the case.

**PLEASE TAKE FURTHER NOTICE** that SP III 909 Lake Carolyn Parkway, L.P. does not consent to or waive any rights through this *Notice of Appearance and Request for Special Notice* with respect to jurisdiction under Title 11 of the United States Code, and strictly reserves such rights, including (1) the right to trial by jury in any proceeding triable in this case or any case, controversy or proceeding related to this case, (2) the right to have final orders in non-core matters entered only with de novo review by the District Court, and (3) the right to seek to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

Dated:  September 13, 2010

Respectfully submitted,


*/s/ Michaela C. Crocker*
Michaela C. Crocker
State Bar No. 24031985
**VINSON & ELKINS LLP**
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Telephone:  214.220.7700
Facsimile:  214.220.7716

**ATTORNEY FOR
SP III 909 LAKE CAROLYN PARKWAY**

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served (a) on September 13, 2010, by the Electronic Case Filing system for the United States Bankruptcy Court for the Northern District of Texas on those parties that have consented to such service and (b) on September 14, 2010 via first class U.S. mail, postage prepaid, on those parties listed on the attached service list.

/s/ Michaela C. Crocker
Counsel

## Service List

Dorthia, Inc.
909 Lake Carolyn Parkway #1600
Irving, TX 75039

Eric A. Liepins
Eric A. Liepins, P.C.
12770 Coit Rd., Suite 1100
Dallas, TX 75251

David Soskolne
7332 Arbor Oaks Drive
Dallas, TX 75248

Larry McFarland
7671 Rolling Acres Drive
Dallas, TX 75248

North Dallas Aquarium
2910 East Trinity Mills
Carrollton, TX 75006

SP III 909 Lake Carolyn Parkway
909 Lake Carolyn Parkway
Suite 10
Irving, TX 75039

U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-1496

Internal Revenue Service
Special Procedures Branch
1100 Commerce Street, MC 5020 DAL
Dallas TX 75242